**JS6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.A., a minor; by and through his mother JESIKA SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORCUTT UNION SCHOOL DISTRICT<br><br>　　　　Defendants. | Case No.: 2:21-cv-02026-RGK-MAA<br><br>**FINAL JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Court enters judgment in accordance with its Order. (Doc. No. 69)

The Court **REVERSES** the Administrative Law Judge's underlying decision on Hearing Issues 6, 11, and 15. The Court **AFFIRMS** the Administrative Law Judge on all other appealed issues.

Plaintiff is awarded 137 hours of compensatory education, to be used by May 27, 2025.

All other remedies shall remain as ordered by the Administrative Law Judge in the underlying decision.

**IT IS SO ORDERED.**

DATED: July 7, 2022

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE